UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **KATHERINE FALWELL,** | Case No.: 3:22-cv-00546-MMH |
| Plaintiff, | IN ADMIRALTY |
| v. | |
| **GEICO MARINE INSURANCE COMPANY,** | |
| Defendant. | |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff, KATHERINE FALWELL, and the Defendant, GEICO MARINE INSURANCE COMPANY, have agreed to settle this matter. The settling parties are currently finalizing the settlement documents and anticipate filing a dismissal within 30 days.

Respectfully submitted,

McGLINCHEY STAFFORD

*/s/ Charles E. Stoecker*
Charles E. Stoecker Esq.
Florida Bar # 92560
One East Broward Blvd., Suite 1400
Fort Lauderdale, FL 33301
(954) 356-2514 (telephone)
(954) 252-3806 (facsimile)
cstoecker@mcglinchey.com
rwalters@mcglinchey.com
***COUNSEL FOR PLAINTIFF
KATHERINE FALWELL***

20716358.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished via U.S. Mail, this __6th__ day of June, 2022, to:

**Geico Marine Insurance Company**
c/o CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324
*Defendant*

                                                      */s/ Charles E. Stoecker*
                                                              Attorney