# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KATHERINE FALWELL,

    Plaintiff,

v.                                    Case No.   3:22-cv-546-MMH-LLL

GEICO MARINE INSURANCE
COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal (Dkt. No. 8; Notice) filed on June 23, 2022. In the Notice, Plaintiff requests dismissal of this matter. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1. This case is **DISMISSED**.

2. Each party shall bear their own attorney fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this thirtieth day of June, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record